824

and *William S. Tyson* filed a brief for the Wage & Hour Administrator, United States Department of Labor, as *amicus curiae,* opposing the petition.

No. 943. BROWN *v.* TEXAS. May 12, 1947. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Tom M. Miller* and *F. V. Hinson* for petitioner.

No. 1063. FISCHER ET UX. *v.* OKLAHOMA CITY. May 12, 1947. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *A. E. Pearson* for petitioners. *A. L. Jeffrey* for respondent.

No. 1134. CENTRAL STATES ELECTRIC Co. *v.* FEDERAL POWER COMMISSION. May 12, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Jo V. Morgan* for petitioner. *Acting Solicitor General Washington, James C. Wilson, Charles E. McGee, Lambert McAllister* and *Howell Purdue* for respondent.

No. 1180. BROOKS CLOTHING OF CALIFORNIA, LTD. *v.* BROOKS BROTHERS. May 12, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Seth W. Richardson, Isaac Pacht, Clore Warne* and *Bernard Reich* for petitioner. *Beekman Aitken* for respondent.

No. 1194. YOUNG *v.* ANDERSON, SECRETARY OF AGRICULTURE OF THE UNITED STATES, ET AL. May 12, 1947.